UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| LAURA LABRECQUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEURO REHAB ASSOCIATES, INC. D/B/A NORTHEAST REHABILITATION HOSPITAL NETWORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00347-PB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY PROCEEDINGS

NOW COME the Parties, Plaintiff Laura LaBrecque, individually and on behalf of all others similarly situated, and Defendant Neuro Rehab Associates, Inc. d/b/a Northeast Rehabilitation Hospital Network, by its undersigned attorneys, and hereby move the Court for an Order staying the proceedings in this action. In support of this motion, the Parties state as follows:

1.      On October 7, 2022, Plaintiff filed a First Amended Class Action Complaint.

2.      On November 18, 2022, Defendant filed a Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss").

3.      On December 19, 2022, Plaintiff filed a response in opposition to the Motion to Dismiss.

4.      Defendant's reply brief in further support of its Motion to Dismiss is due on December 27, 2022.

5.      The Parties have agreed to explore the possibility of an early resolution through mediation and are working to select a mediator and mediation date.

6.    The Parties have agreed to mediate this matter in conjunction with a companion state court case, *Snedeker v. Neuro Rehab Associates, Inc.*, Case No. 218-2022-CV-00802, which is currently pending in Rockingham Superior Court in New Hampshire and concerns the same data security incident that is the subject of this case.

7.    The court in the *Snedeker* case has stayed all proceedings in that action until April 1, 2023, so that the Parties may pursue mediation.

8.    The Parties agree that a stay of this action is appropriate based on the Parties' desire to attempt to resolve this dispute through mediation.

9.    A stay of this litigation will allow the Parties to concentrate time and resources on a potential resolution.

10.    A stay of the proceedings in this action is in the interest of efficiency as well as economy of time and effort for the Court and the Parties, and there are no competing interests or potential prejudice to any of the Parties, as they join together in this motion.

11.    This motion is made in good faith and is not interposed for delay or any other improper purpose.

12.    The Parties would request that the Court stay the present proceedings until April 1, 2023, by which time the Parties will submit a status report to the Court.

13.    In the event that the Parties do not settle this matter through mediation, they would respectfully request the opportunity to complete the briefing on the Motion to Dismiss.

14.    No memorandum of law is necessary because the relief requested herein is within the sound discretion of the Court. *See* L.R. 7.1(a)(2).

WHEREFORE, Plaintiff Laura LaBrecque, individually and on behalf of all others similarly situated, and Defendant Neuro Rehab Associates, Inc. d/b/a Northeast Rehabilitation Hospital Network, respectfully request that the Court:

A.      Grant this motion and enter an Order staying all proceedings in this action until April 1, 2023;

B.      Grant such other relief as the Court deems just and equitable.

Respectfully submitted,

LAURA LABRECQUE

By Her Attorneys,

BAILEY GLASSER LLP,

Dated: December 21, 2022      */s/ Benjamin P. Lajoie*
Benjamin P. Lajoie #021286
176 Federal Street, 5th Floor
Boston, MA  02110
(617) 439-6730
blajoie@baileyglasser.com


NEURO REHAB ASSOCIATES, INC. D/B/A NORTHEAST REHABILITATION HOSPITAL NETWORK

By Its Attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC,

Dated: December 21, 2022      */s/ Gary M. Burt*
Gary M. Burt #5510
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH  03105
(603) 626-3300
gburt@primmer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has this day been forwarded via the Court's Electronic Case Filing System to all counsel of record.

Dated: December 21, 2022      By:  */s/ Gary M. Burt*
                                    Gary M. Burt, Esq. (N.H. Bar No. 5510)